

Charles B. Mitchell, Jr.
Direct Dial: (817) 509-2040
charles.mitchell@namanhowell.com
Licensed in Texas and Arkansas

Fort Worth Club Bldg.
306 West 7th Street
Suite 405
Fort Worth, Texas 76102
(817) 509-2025
Fax (817) 509-2060

Offices In:
· Austin
· Fort Worth
· San Antonio
· Waco

www.namanhowell.com

February 16, 2018

## VACATION NOTICE

*Via E-Filing*

The Honorable Barbara M.G. Lynn
United States District Court
1100 Commerce Street, Room 1572
Dallas, Texas 75242-1003

    Re:    Civil Action No. 3:18-cv-00326-M; GEICO County Mutual Insurance vs. Rafael Deleon and Mercer Transportation Co., Inc.; In The United States District Court For The Northern District of Texas, Dallas Division

Dear Judge Lynn:

Please let this correspondence serve as notice that I will be on vacation **March 15-16, 2018**. Please abstain from scheduling any hearings, depositions, or any other case related deadlines during the above referenced dates.

By copy of this letter, all counsel of record are being notified accordingly.

Sincerely,

Charles B. Mitchell, Jr.

CBM/lmb

cc:    *Via E-Mail*
    Chrysti Byrant
    LAW OFFICE OF CHRYSTI BRYANT
    2280 North Greenville Avenue
    Richardson, TX 75082
    cybryant@geico.com
    Legal Assistant: Christine Curtis
    ccurtis@geico.com

Doc# 6518466

February 16, 2018
Page 2


cc: *<u>Via E-Mail</u>*
Megan Zeller (w/firm)